IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDSEY FEIST,<br>*Individually and on behalf of all other similarly situated consumers,*<br>    *Plaintiff*<br><br>       v.<br><br>COMMERCIAL ACCEPTANCE COMPANY,<br>    *Defendant* | CIVIL ACTION<br><br><br>No. 20-3061 |

**ORDER**

AND NOW, this 5th day of November, 2020, upon consideration of this Court's prior order that Plaintiff either serve the summons and complaint upon Defendant by November 2, 2020 or show good cause for the failure to timely effect process (Doc. No. 2) and Plaintiff's failure to effect service or show good cause, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** consistent with Rule 4(m). The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1