IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUNNIE STEINER,<br>*Plaintiff* | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | |
| HOME DEPOT/<br>HOME DEPOT U.S.A. INC.,<br>*Defendant* | :<br>:<br>: | NO. 20-4747 |

## ORDER

AND NOW, this 9th day of November, 2020, upon consideration of the parties' Stipulation for Extension of Time to Respond to the Complaint faxed on November 6, 2020, it is **ORDERED** that Defendant shall file a responsive pleading on or before November 18, 2020.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1